IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARCIA LEST SUAREZ,

    Plaintiff,

v.                                          CASE NO. 5:11-cv-00296-MP-GRJ

SUSIE ELLWOOD, DAVID L HUNKE, MYRON MASLOWSKY,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as frivolous. The plaintiff filed objections, Doc. 5, and the Court has made a de novo determination of those portions of the Report and Recommendation to which objection was made. 28 U.S.C. § 636(b)(1)(C).   Upon consideration, the undersigned agrees that the complaint is unintelligible and frivolous on its face. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.  Plaintiff's Motion To Proceed In Forma Pauperis (Doc. 2) is denied, and this case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as frivolous and for failure to state a claim.

**DONE AND ORDERED** this *21st*  day of October, 2011

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge