IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GARCIA LEST SUAREZ,**

   **Plaintiff,**

v.                                              CASE NO. 5:11-cv-00296-MP-GRJ

**SUSIE ELLWOOD, DAVID L HUNKE, MYRON MASLOWSKY,**

   **Defendants.**

_____/

**O R D E R**

This matter is before the Court on Doc. 8, a motion entitled "Motion in Arrest of Judgement."  The jurisdictional header at the top of the motion refers to a state court - "the Eleventh Judicial Circuit Court in and for Dade County Florida" - but then lists the federal case number.  The motion itself makes little sense and is frivolous.   Thus, to the extent that plaintiff is requesting relief from this Court, his motion should be denied.

Accordingly, it is now **ORDERED** as follows:

The motion at Doc. 8, is DENIED.

**DONE AND ORDERED** this 1st day of November, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge